

**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE ≫ PITNEY BOWES

Wednesday, October 07, 2015
ZIP 77002 **$ 000.34**
02 1W
0001378733 OCT. 07. 2015

RE:      Case No. 14-15-00457-CV

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
       v. City of League City, Texas

     Please be advised that on this date **APPELLANT'S** brief was received and filed, **ORAL ARGUMENT REQUESTED**. Appellee's brief is due on or before Friday, November 06, 2015.

T. C. Case # 14-CV-0340                                    Christopher Prine, Clerk

X 773 N7E 1009914I7210/08/15
FORWARD TIME EXP   RTN TO SEND
VAGI TODD
19818 WILD HOLW
GARDEN RIDGE TX 78266-2165

RETURN TO SENDER

---



**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

Wednesday, October 07, 2015
ZIP 77002 **$ 000.34**
02 1W
0001378733 OCT. 07. 2015

RE:      Case No. 14-15-00457-CV

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
       v. City of League City, Texas

     Please be advised that on this date **APPELLANT'S** brief was received and filed, **ORAL ARGUMENT REQUESTED**. Appellee's brief is due on or before Friday, November 06, 2015.

T. C. Case # 14-CV-0340                                    Christopher Prine, Clerk

*X 773 N5E 1009814I7210/08/15
FORWARD TIME EXP   RTN TO SEND
HELSER
5216 BLUE CYPRESS LN
LEAGUE CITY TX 77573-6240

RETURN TO SENDER

---



**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

Wednesday, October 07, 2015
ZIP 77002 **$ 000.34**
02 1W
0001378733 OCT. 07. 2015

RE:      Case No. 14-15-00457-CV

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
       v. City of League City, Texas

     Please be advised that on this date **APPELLANT'S** brief was received and filed, **ORAL ARGUMENT REQUESTED**. Appellee's brief is due on or before Friday, November 06, 2015.

T. C. Case # 14-CV-0340                                    Christopher Prine, Clerk

X 773 N7E 1009914I7210/08/15
FORWARD TIME EXP   RTN TO SEND
LI
2381 CARTERS GROVE LN
GERMANTOWN TN 38138-4903

RETURN TO SENDER

**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

Wednesday, October 07, 2015
ZIP 77002
02 1W
0001378733 OCT. 07. 2015
$ 000.34

RE:     Case No. 14-15-00457-CV

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
    v. City of League City, Texas

    Please be advised that on this date **APPELLANT'S** brief was received and filed, **ORAL ARGUMENT REQUESTED.** Appellee's brief is due on or before Friday, November 06, 2015.

T. C. Case # 14-CV-0340                          Christopher Prine, Clerk

X 773 N7E 100991417210/08/15
FORWARD TIME EXP    RTN TO SEND
BELMAREZ
PO BOX 1952
LEAGUE CITY TX 77574-1952

RETURN TO SENDER

---

RETURN TO SENDER

GARDEN RIDGE TX 78266-2165
19810 WILD HOLW
SWINT, LISA
FORWARD TIME EXP    RTN TO SEND
X 773 N7E 100991417210/08/15

T. C. Case # 14-CV-0340                          Christopher Prine, Clerk

    Friday, November 06, 2015.
filed, **ORAL ARGUMENT REQUESTED.** Appellee's brief is due on or before
Please be advised that on this date **APPELLANT'S** brief was received and

    v. City of League City, Texas
Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.

RE:     Case No. 14-15-00457-CV

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

U.S. POSTAGE ≫ PITNEY BOWES

Wednesday, October 07, 2015
ZIP 77002
02 1W
0001378733 OCT. 07. 2015
$ 000.34

---

**FOURTEENTH COURT OF APPEALS**
301 Fannin, Suite 245
Houston, Texas 77002

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

Wednesday, October 07, 2015
ZIP 77002
02 1W
0001378733 OCT. 07. 2015
$ 000.34

RE:     Case No. 14-15-00457-CV

Style: MHI Partnership, Ltd. and Mag Creek Partners, Ltd.
    v. City of League City, Texas

    Please be advised that on this date **APPELLANT'S** brief was received and filed, **ORAL ARGUMENT REQUESTED.** Appellee's brief is due on or before Friday, November 06, 2015.

T. C. Case # 14-CV-0340                          Christopher Prine, Clerk

X 773 N7E 100981417210/08/15
FORWARD TIME EXP    RTN TO SEND
ADEKAMBI
2010 TIDE ROCK LN
PEARLAND TX 77584-1869

RETURN TO SENDER